UNITED STATES of America,
Plaintiff—Appellee,

v.

Charles Stephen MANLEY,
Defendant—Appellant.

No. 04–10110.

D.C. No. CR–03–00413–RCJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.[*]

Decided Feb. 18, 2005.

William R. Reed, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff—Appellee.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Anne R. Traum, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant—Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM [**]

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb. 10, 2005).

VACATED and REMANDED.

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.